

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-13-00261-CV

John E. **FITZGIBBON**, Sr., The Fitzgibbon Family Partnership, Ltd., and Rita Fitzgibbon,
Appellants

v.

Janice F. **HUGHES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2010CVF001577-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On July 30, 2014, this court issued a memorandum opinion reversing the judgment of the trial court and remanding the case to the trial court for further proceedings.  On September 5, 2014, appellants filed an unopposed motion to expedite mandate pursuant to TEX. R. APP. P. 18.1(c) requesting that the mandate be issued immediately.  The motion is GRANTED.  The clerk of the court is instructed to issue the mandate immediately.  *See* TEX. R. APP. P. 18.1(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court